# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Julian E. Gaytan,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Bureau of Medical Economics,<br><br>　　　　　Defendant. | No. CV18-00357-PHX-SRB<br><br>ORDER |

Plaintiff filed his Civil Rights Complaint on February 1, 2018. On February 6, 2018, the Court issued a screening order advising Plaintiff that he "must file and serve a notice of change of address in accordance with Rule 83.3(d) of the Local Rules of Civil Procedure." Plaintiff was further advised that "Failure to comply may result in dismissal of this action."

The Magistrate Judge filed her Report and Recommendation on January 11, 2019 recommending that Plaintiff's case be dismissed without prejudice for Plaintiff's failure to comply with the Court's Orders and to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. The Court finds itself in agreement with the Report and Recommendation of the Magistrate Judge. The Court notes that Plaintiff's copy of the Report and Recommendation was returned by the Post Office with the notation "Return Unclaimed Unable to Forward."

**IT IS ORDERED** adopting the Report and Recommendation of the Magistrate Judge as the order of this Court.

/ / /

**IT IS FURTHER ORDERED** dismissing this case without prejudice.

**IT IS FURTHER ORDERED** directing the Clerk to enter judgment accordingly.

Dated this 30th day of January, 2019.

*Susan R. Bolton*
Susan R. Bolton
United States District Judge